Luisa **RIVERA–LUGARO,**
Plaintiff, Appellee,

v.

Johnny **RULLAN, Defendant,**
**Appellant.**

No. 04–1400.

United States Court of Appeals,
First Circuit.

July 14, 2004.

Anabelle Rodriguez, Secretary of Justice, Ivonne Palerm, Deputy Secretary of Justice, Frederic Chardon Dubos, Julio C. Alejandro Serrano and Landron & Vera, LLP on Motion for appellant.

Jose Juan Nazario De La Rosa, Nazario & Santiago and Charles S. Hey–Maestre on Motion for appellee.

Before BOUDIN, Chief Judge, TORRUELLA and LYNCH, Circuit Judges.

PER CURIAM.

Because the case arises on a motion to dismiss the complaint and not on summary judgment we must assume that facts most favorable to plaintiff within the confines of the complaint could be proved; and on such an assumption, there appear to be possible motivations for the discharge that could give rise to first amendment claims

under clearly established law even though the plaintiff occupied a position that could justify a discharge based upon ordinary political considerations. Accordingly, it is not possible to determine at this stage whether a claim of qualified immunity should prevail.

*Affirmed. See* 1st Cir. Loc. R. 27(c)